DORA DINCIN, as Administratrix, etc., of ISAAC DINCIN, Deceased, Respondent, v. DAVID M. KAHAN, Appellant.— Judgment reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event, because of error

in the court's charge at folios 284 and 285 of the record. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.